No. 671. LEONARD, ADMINISTRATRIX *v.* WHARTON, ADMINISTRATOR. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied. ▆

No. 683. ROSE *v.* NEW MEXICO. Sup. Ct. N. M. Motion to dispense with printing petition granted. Certiorari denied. *Dean Zinn* for petitioner. ▆

No. 682. DITTO *v.* CITY OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Richard F. Watt* and *Stanley A. Bass* for petitioner. *Raymond F. Simon* and *Robert E. Wiss* for respondents. ▆

No. 16, Misc. WALKER *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 201, Misc. McCULLOUGH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Charles Jay Bogdanoff* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States. ▆

No. 317, Misc. MIXON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Edmond B. Mamer,* Deputy Attorney General, for respondent.